| Fill in this information to identify the case: |
| --- |

Debtor name   **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12493(MDC)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................ $      12,066.21

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................. $      12,066.21

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      27,054,427.79

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      2,996,978.06

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b       $      30,051,405.85

**Fill in this information to identify the case:**

Debtor name  **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **19-12493(MDC)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1.  **PNC Bank**                              **Operating**          5189          $7,304.15

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $7,304.15

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. Does the debtor own any investments?

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(If known)* **19-12493(MDC)** |
|---|---|---|
| | Name | |

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| | **Life of Purpose-Pennsylvania, LLC** | | | |
| | **MCI Real Estate Holdings, LLC** | | | |
| 15.1. | **Life of Purpose, LLC** | 100 % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | | $0.00 |

<br>

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<br>

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<br>

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Miscellaneous Office Furniture | $0.00 | | $778.05 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Miscellaneous Office Equipment | $0.00 | | $3,984.01 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $4,762.06 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(if known)* **19-12493(MDC)** |
|---|---|---|
| | Name | |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Tradename | **$767,500.00** | | Unknown |
| 61. | **Internet domain names and websites** www.citylinebh.com | **$0.00** | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer List | **$16,550,200.00** | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill | **$35,954,663.00** | | Unknown |

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(If known)* **19-12493(MDC)** |
|---|---|---|
| | Name | |

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes    `See Schedule AB 68 attached hereto.`

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(If known)* **19-12493(MDC)** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,304.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,762.06 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,066.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,066.21 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**"SCHEDULE AB 68"**
**Amortization**

**Liberation Behavioral Health**
**Straight Line Depreciation**

| Descriptions | Entity | Purchased | Cost | Useful Life In Years | Months Owned in First Year | Monthly Amortization (12 MONTHLY TOTAL) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2026 | Total Amortization | Balance Carried Forward |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Intangibles** | | | 53,272,363 | | | | | | | | | | | | | | | | |
| Customer List | LBH | 12/11/2017 | 16,550,200 | 10 | 0.5 | 137,918.33 | 68,959.17 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,655,020.00 | 1,586,060.83 | 16,550,200.00 | - |
| Tradename | LBH | 12/11/2017 | 767,500 | 5 | 0.5 | 12,791.67 | 6,395.83 | 153,500.00 | 153,500.00 | 153,500.00 | 153,500.00 | 147,104.17 | | | | | | 767,500.00 | - |
| **Goodwill** | | | | | | | | | | | | | | | | | | | |
| Goodwill | LBH | 12/11/2017 | 35,954,663 | 10 | 0.5 | 299,622.19 | 149,811.10 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,595,466.30 | 3,445,655.20 | 35,954,663.00 | - |
| 12 MONTHLY | | | | | | | 225,166.10 | 450,332.19 | 450,332.19 | 450,332.19 | 450,332.19 | 449,799.21 | 437,540.53 | 437,540.53 | 437,540.53 | 437,540.53 | 419,309.67 | | |
| TOTAL | | | | | | | 225,166.10 | 5,403,986.30 | 5,403,986.30 | 5,403,986.30 | 5,403,986.30 | 5,397,590.47 | 5,250,486.30 | 5,250,486.30 | 5,250,486.30 | 5,250,486.30 | 5,031,716.04 | | |

Goodwill changed in 09/2018, But we are continuing to use $450,332.19 as the Monthly Amortization amount
Since the balance sheet is incorrect due to valuation change required

**Fill in this information to identify the case:**

Debtor name     **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12493(MDC)**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Oxford Finance LLC**<br>Creditor's Name<br><br>**Attn: Joseph Somerset,**<br>**Managing Director**<br>**133 North Fairfax Street**<br>**Alexandria, VA 22314**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Substantially All of the Assets** | **$27,054,427.79** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $27,054,427.79 |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12493(MDC)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**4 Erial Road, LLC**<br>**12 Penns Trail, Suite 103**<br>**Newtown, PA 18940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Fulcrum Equity Partners**<br>**5555 Glenridge Connector, Suite 930**<br>**Atlanta, GA 30342**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,825,000.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Highmark**<br>**P.O. Box 890138**<br>**Camp Hill, PA 17089-0138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $108,113.36 |
| **3.4** Nonpriority creditor's name and mailing address<br>**KLDiscovery**<br>**8201 Greensboro Drive, Suite 300**<br>**McLean, VA 22102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $63,864.70 |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number (if known) | **19-12493(MDC)** |
|--------|-------------------------------------------|------------------------|---------------------|
|        | Name                                      |                        |                     |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Nachmani, Esquire**<br>**Sirlin, Lesser & Benson, PC**<br>**123 S. Broad Street, Suite 2100**<br>**Philadelphia, PA 19109** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Dana S. Plon, Esquire**<br>**Sirlin Lesser & Benson, P.C.**<br>**123 South Broad Street, Suite 2100**<br>**Philadelphia, PA 19109** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **James E. Gavin, Esquire**<br>**Masano Bradley**<br>**1100 Berkshire Blvd., Suite 201**<br>**Wyomissing, PA 19610** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 2,996,978.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 2,996,978.06 |

**Fill in this information to identify the case:**

Debtor name     **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12493(MDC)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.2   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.3   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.4   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name    **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12493(MDC)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1146 Stump Road, LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **155 Pleasant Valley Road LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | **650 Church Road, LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Life in Progress LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Life of Purpose LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(if known)* | **19-12493(MDC)** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Life of Purpose-Pennsylvania, LLC** | 1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 | **Oxford Finance LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **MCI Real Estate Holdings, LLC** | 1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 | **Oxford Finance LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

In re   <u>City Line Behavioral Healthcare, LLC</u>                          Case No. <u>19-12493(MDC)</u>
                                Debtor

                                                                            Chapter _____7_____

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read the foregoing Summary of Schedules and Schedules, and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

**CITY LINE BEHAVIORAL HEALTHCARE, LLC**

By:_____
        Drew Rothermel, Sole Member

Dated: May 1, 2019

**Fill in this information to identify the case:**

Debtor name   **City Line Behavioral Healthcare, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12493(MDC)**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$442,213.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **City Line Behavioral Healthcare, LLC**                                          Case number *(if known)* **19-12493(MDC)**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See "SOFA 3" attached hereto | | $112,436.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See "SOFA 4" attached hereto. | | $156,791.50 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 4 Erial Road, LLC v.<br>Libertation Way, LLC, et al.<br>2018-27286 | Civil | Montgomery County Court<br>of Common Pleas<br>P.O. Box 311<br>Norristown, PA 19404-0311 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Commonwealth of<br>Pennsylvania v. Liberation<br>Behavior Health, LLC<br>MJ-07111-CR-0000104-2019 | Criminal | Bucks County Magisterial<br>District Court<br>Bucks County Justice<br>Center<br>100 North Main Street, 2nd<br>Floor<br>Doylestown, PA 18901 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(if known)* **19-12493(MDC)** |
|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Karalis PC** <br> **1900 Spruce Street** <br> **Philadelphia, PA 19103** | | **April 17, 2019** | **$5,960.00** |
| | Email or website address <br> **www.karalislaw.com** | | | |
| | Who made the payment, if not debtor? <br> **Oxford Finance LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | City Line Behavioral Healthcare, LLC | Case number *(if known)* 19-12493(MDC) |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **17 West Knight Avenue Collingswood, NJ 08108** | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **City Line Behavioral Healthcare, LLC** | Case number *(if known)* **19-12493(MDC)** |
| --- | --- | --- |

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor **City Line Behavioral Healthcare, LLC** | Case number *(if known)* **19-12493(MDC)** |
|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Windham Brannon**<br>**3630 Peachtree Road NE**<br>**Atlanta, GA 30326** | |
| 26a.2. | **Marcum LLP**<br>**1600 Market Street, 32nd Floor**<br>**Philadelphia, PA 19103** | |
| 26a.3. | **The Sharp Financial Group**<br>**100 Tournament Drive, Suite 250**<br>**Horsham, PA 19044** | |
| 26a.4. | **New Phase Advisory Services**<br>**315 N. Matlack Street**<br>**West Chester, PA 19380** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Marcum LLP**<br>**1600 Market Street, 32nd Floor**<br>**Philadelphia, PA 19103** | |
| **Name and address** | | **Date of service**<br>**From-To** |
| 26b.2. | **Windham Brannon**<br>**3630 Peachtree Road NE**<br>**Atlanta, GA 30326** | |
| **Name and address** | | **Date of service**<br>**From-To** |
| 26b.3. | **New Phase Advisory Services**<br>**315 N. Matlack Street**<br>**West Chester, PA 19380** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

---

| Debtor | City Line Behavioral Healthcare, LLC | Case number *(if known)* | 19-12493(MDC) |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Windham Brannon**<br>**3630 Peachtree Road NE**<br>**Atlanta, GA 30326** | |
| 26c.2. | **Marcum LLP**<br>**1600 Market Street, 32nd Floor**<br>**Philadelphia, PA 19103** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Oxford Finance LLC**
**Attn: Joseph Somerset, Managing Director**
**133 North Fairfax Street**
**Alexandria, VA 22314**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Rothermel | 1402 Dakota Drive<br>Jupiter, FL 33438 | Chief Executive Officer | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Gerner | 633 Rittenhouse Street<br>Philadelphia, PA 19144 | Chief Executive Officer | Removed as of May 7, 2018 |
| Branden Coluccio | 248 Avenue A<br>Doylestown, PA 18901 | Chief Financial Officer | Removed as of May 7, 2018 |

Debtor    **City Line Behavioral Healthcare, LLC**                Case number *(if known)* **19-12493(MDC)**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Thomas Greer** | **Fulcrum Equity Partners**<br>**Glenridge Highlands One**<br>**5555 Glenridge Connector, Suite 930**<br>**Atlanta, GA 30342** | **Vice President and Secretary** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jeff Muir** | **Fulcrum Equity Partners**<br>**Glenridge Highlands One**<br>**5555 Glenridge Connector, Suite 930**<br>**Atlanta, GA 30342** | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Vinny Olmstead** | **Vocap Investment Partners**<br>**2770 Indian River Blvd., Suite 201**<br>**Vero Beach, FL 32960** | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tom Leahey** | **c/o Windham Brannon**<br>**3630 Peachtree Road NE**<br>**Atlanta, GA 30326** | **Chief Financial Officer** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See "SOFA 4" attached hereto** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

Name of the parent corporation

**LBH Holdings LLC**

Employer Identification number of the parent corporation

EIN:    **61-1861326**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

**"SOFA 3"**
**90 Day Payments**

# Liberation Behavioral Health
## Transaction Report
### January - March, 2019

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Business Checking (XXXXXX 5199)** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 120,300.62 |
| 01/02/2019 | Deposit | | No | Liberation Way | ONLINE TRANSFER FROM XXXX5324 | 10100 Business Checking (XXXXXX 5199) | 21200 Accounts Payable (A/P) - LW | 10,000.00 | 130,300.62 |
| 01/02/2019 | Expense | | No | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANTB82 DEBITS | 10100 Business Checking (XXXXXX 5199) | 23000 Accrued Interest Liability | -118,860.91 | 11,419.71 |
| 01/02/2019 | Expense | | No | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANTB82 DEBITS | 10100 Business Checking (XXXXXX 5199) | 60192 Lender Fees | -4,707.80 | 4,711.91 |
| 01/02/2019 | Expense | | No | Public Service PSEG | ACH DEBIT XXXXX54Aor PUBLIC SERVICE PSEG | 10100 Business Checking (XXXXXX 5199) | 60250 Utilities | -231.66 | 4,480.25 |
| 01/02/2019 | Expense | | No | Russell & Alice Palermo | CHECK 7003 04/06/0045 | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -2,605.00 | 1,872.25 |
| 01/10/2019 | Expense | | No | Comcast | ACH DEBIT 110892 COMCAST 8499001 XXXXX3802 | 10100 Business Checking (XXXXXX 5199) | 62122 Computer/Software | -359.97 | 1,513.28 |
| 01/11/2019 | Expense | | No | Public Service PSEG | ACH DEBIT XXXXX54Aor PUBLIC SERVICE PSEG | 10100 Business Checking (XXXXXX 5199) | 60250 Utilities | -331.11 | 1,182.17 |
| 01/14/2019 | Expense | | No | Intuit QB Online | RECURRING DEBIT CARD XXXXX4014 INTUIT QB ONLINE XXXXX68000 CA | 10100 Business Checking (XXXXXX 5199) | 62122 Computer/Software | -63.60 | 1,118.57 |
| 01/17/2019 | Expense | | No | PCH Holida Com | PCH Holida Com | 10100 Business Checking (XXXXXX 5199) | 60135 Dues & Subscriptions | -29.95 | 1,088.62 |
| 02/01/2019 | Expense | | No | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANTB82 DEBITS | 10100 Business Checking (XXXXXX 5199) | 60192 Lender Fees | -4,306.71 | -3,218.09 |
| 02/01/2019 | Expense | | No | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANTB82 DEBITS | 10100 Business Checking (XXXXXX 5199) | 23000 Accrued Interest Liability | -120,084.53 | -123,302.62 |
| 02/04/2019 | Deposit | | No | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXXX 5199) | 60192 Lender Fees | 4,306.71 | -119,626.91 |
| 02/04/2019 | Deposit | | No | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXXX 5199) | 23000 Accrued Interest Liability | 120,084.53 | 1,068.62 |
| 02/04/2019 | Journal Entry | | | L.W. Transfer | LW Transfer | 10100 Business Checking (XXXXXX 5199) | -Split- | 135,000.00 | 136,068.62 |
| 02/04/2019 | Expense | | No | NSF Fee | RETURNED ITEM FEE (NSF) | 10100 Business Checking (XXXXXX 5199) | 6011 Bank Charges | -36.00 | 136,032.62 |
| 02/04/2019 | Expense | | No | NSF Fee | RETURNED ITEM FEE (NSF) | 10100 Business Checking (XXXXXX 5199) | 6011 Bank Charges | -36.00 | 136,016.62 |
| 02/05/2019 | Expense | | No | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANTB82 DEBITS | 10100 Business Checking (XXXXXX 5199) | 60192 Lender Fees | -1,506.94 | 134,509.68 |
| 02/05/2019 | Expense | | No | Liberation Way | ONLINE TRANSFER TO XXXXX5324 | 10100 Business Checking (XXXXXX 5199) | 21200 Accounts Payable (A/P) - LW | -125,001.00 | 9,508.68 |
| 02/11/2019 | Expense | | No | Comcast | ACH DEBIT 443704 COMCAST 8499001 XXXXX3802 | 10100 Business Checking (XXXXXX 5199) | 62122 Computer/Software | -362.94 | 9,145.74 |
| 02/14/2019 | Expense | | No | Russell & Alice Palermo | CHECK 7004 04646046 | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -2,605.00 | 6,540.74 |
| 02/20/2019 | Expense | | No | Intuit QB Online | CHECK 7004 04646046 | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -287.88 | 6,252.86 |
| 02/21/2019 | Expense | | No | Public Service PSEG | ACH DEBIT XXXXX54Aor PUBLIC SERVICE PSEG | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -332.81 | 5,920.05 |
| 02/14/2019 | Expense | | No | Russell & Alice Palermo | RECURRING DEBIT CARD XXXXX4043 INTUIT QB ONLINE XXXXX68000 CA | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -63.60 | 5,856.45 |
| 02/19/2019 | Expense | | No | PCH Holida Com | DEBIT CARD PURCHASE XXXXXXX5Aor PCHNTEL635 877803X XXXXXX0132 WA | 10100 Business Checking (XXXXXX 5199) | 60135 Dues & Subscriptions | -29.95 | 5,826.50 |
| 03/04/2019 | Expense | | No | | DEBIT CARD PURCHASE ADOBE ACROSPRO SUBS XXXXX3818 | 10100 Business Checking (XXXXXX 5199) | 60135 Dues & Subscriptions | -216.11 | 5,610.39 |
| 03/12/2019 | Expense | | No | Comcast | ACH DEBIT Xx0000X COMCAST 8499001 XXXXX3802 | 10100 Business Checking (XXXXXX 5199) | 62122 Computer/Software | -362.94 | 5,247.45 |
| 03/12/2019 | Expense | | No | Public Service PSEG | ACH DEBIT XXXXX54Aor PUBLIC SERVICE PSEG | 10100 Business Checking (XXXXXX 5199) | 60250 Utilities | -492.62 | 4,754.83 |
| 03/14/2019 | Expense | | No | Intuit QB Online | RECURRING DEBIT CARD XXXXX4570 INTUIT QB ONLINE XXXXX68000 CA | 10100 Business Checking (XXXXXX 5199) | 62122 Computer/Software | -63.60 | 4,691.23 |
| 03/14/2019 | Expense | | No | Russell & Alice Palermo | CHECK 7005 04/13779 | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -192.00 | 4,499.23 |
| 03/14/2019 | Expense | | No | Russell & Alice Palermo | CHECK 7005 04/15790 | 10100 Business Checking (XXXXXX 5199) | 62040 Rent or Lease | -2,605.00 | 1,894.23 |
| 03/16/2019 | Expense | | No | PCH Holida Com | DEBIT CARD PURCHASE XXXXXXX5Aor PCHNTEL635 877803X XXXXXX0132 WA | 10100 Business Checking (XXXXXX 5199) | 60135 Dues & Subscriptions | -29.95 | 1,864.28 |
| 03/25/2019 | Journal Entry | | | LW. Transfer | LW Transfer | 10100 Business Checking (XXXXXX 5199) | -Split- | 6,000.00 | 7,864.28 |
| **Total for Business Checking (XXXXXX 5199)** | | | | | | | | **112,436.34** | |
| **TOTAL** | | | | | | | | **112,436.34** | |

**"SOFA 4"**
**Insider Payments**

# Liberation Behavioral Health
## Transaction Report
### January 2018 - March 2019

**Business Checking (XXXXX 5189)**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 07/02/2018 | Deposit | | 1146 Slump Road | ONLINE TRANSFER FROM XXXXX9575 | 10100 Business Checking (XXXXX 5189) | 23150 Intercompany Liabilities | 20,000.00 |
| 07/02/2018 | Deposit | | 650 Church Road, LLC | ONLINE TRANSFER FROM XXXXX2123 | 10100 Business Checking (XXXXX 5189) | 23150 Intercompany Liabilities | 45,000.00 |
| 08/31/2018 | Deposit | | Falcrum Growth Fund III GP, LLC | FED WIRE IN 199VH0026DG93N8K | 10100 Business Checking (XXXXX 5189) | 25600 Falcrum Note payable | 350,000.00 |
| 07/25/2018 | Deposit | | Falcrum Growth Fund III GP, LLC | FED WIRE IN 1977A043ZDVX90JH2 | 10100 Business Checking (XXXXX 5189) | 25600 Falcrum Note payable | 350,000.00 |
| 07/31/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 5,000.00 |
| 10/30/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 5,000.00 |
| 11/13/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 5,000.00 |
| 12/11/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 5,000.00 |
| 01/02/2019 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 5,000.00 |
| 07/06/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 10,000.00 |
| 07/20/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX2402 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 30,000.00 |
| 07/06/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX3204 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 50,000.00 |
| 12/18/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 100,000.00 |
| 04/30/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 230,000.00 |
| 05/30/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 237,000.00 |
| 03/16/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 244,275.82 |
| 08/01/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | 250,000.00 |
| 07/06/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -247,330.92 |
| 02/28/2019 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -238,000.00 |
| 07/25/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -125,000.00 |
| 05/08/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -100,000.00 |
| 07/25/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -20,000.00 |
| 08/08/2018 | Deposit | | Liberation Way | ONLINE TRANSFER FROM XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -15,000.00 |
| 09/13/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -7,000.00 |
| 07/25/2018 | Expense | | Liberation Way | ONLINE TRANSFER TO XXXXX5234 | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -7,000.00 |
| 10/11/2018 | Journal Entry | | Liberation Way | Transfer from LW's operating account | 10100 Business Checking (XXXXX 5189) | 21200 Accounts Payable (A/P) - LW | -3,000.00 |
| 02/29/2019 | Journal Entry | LW Transfer | Liberation Way | LW Transfer | 10100 Business Checking (XXXXX 5189) | -Split- | 5,000.00 |
| 02/04/2019 | Journal Entry | LW Transfer | Liberation Way | LW Transfer | 10100 Business Checking (XXXXX 5189) | -Split- | 6,000.00 |
| 02/04/2019 | Transfer | Transfer | Oxford Financial | LW Transfer | 10100 Business Checking (XXXXX 5189) | -Split- | 135,000.00 |
| 02/04/2019 | Journal Entry | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 60192 Lander Fees | 4,306.71 |
| 12/04/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 120,694.53 |
| 11/02/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 225,105.89 |
| 10/02/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 236,257.44 |
| 07/02/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 424,211.79 |
| 07/02/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 441,594.34 |
| 10/01/2018 | Deposit | | Oxford Financial | REVERSE ACH DEBIT | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 424,211.79 |
| 04/02/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | 422,954.35 |
| 09/04/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -266,892.65 |
| 09/04/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -242,553.60 |
| 06/01/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -236,257.44 |
| 11/01/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -234,087.31 |
| 05/01/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -225,105.89 |
| 12/03/2018 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -120,694.53 |
| 02/01/2019 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -120,694.52 |
| 02/01/2019 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -118,860.91 |
| 01/02/2019 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 23000 Accrued Interest Liability | -112,552.95 |
| 01/02/2019 | Expense | | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lander Fees | -6,707.80 |

| Date | Type | Name | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|
| 05/01/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS - Revolver Fees for Feb - May held by Webster Bank per Oxford | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -6,666.67 |
| 12/05/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -4,583.33 |
| 02/01/2019 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -4,306.71 |
| 02/01/2019 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -2,571.11 |
| 11/01/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -1,722.22 |
| 06/01/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 20000 Accrued Interest Liability | -1,722.22 |
| 09/04/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -1,666.67 |
| 07/02/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -1,666.67 |
| 10/02/2018 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | -1,506.94 |
| 02/05/2019 | Expense | Oxford Financial | ACH DEBIT LIBERATION OXFORD FINANT882 DEBITS | 10100 Business Checking (XXXXX 5189) | 60192 Lender Fees | |

In re   City Line Behavioral Healthcare, LLC                                Case No. 19-12493(MDC)
                                        Debtor

                                                                           Chapter _____7_____

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

    I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

**CITY LINE BEHAVIORAL HEALTHCARE, LLC**

By:_____

       Drew Rothermel, Sole Member

Dated: May 1, 2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| **CITY LINE BEHAVIORAL** | : | **Bankruptcy No. 19-124293(MDC)** |
| **HEALTHCARE, LLC** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## RULE 2016(b) STATEMENT
## OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. §329 and Rule of Bankruptcy Procedure 2016(b), the undersigned attorneys for City Line Behavioral Healthcare, LLC (the "Debtor") in this case makes this statement setting forth the compensation paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1.      The firm of Karalis PC ("KPC") has agreed to act as counsel on behalf of the Debtor and acknowledges the receipt of a retainer fee in the amount of $5,960.00 including the filing fee of $335.00. The retainer was paid on April 17, 2019 and funded by Oxford Finance LLC at the request of the Debtor.

2.      KPC received no other payments from the Debtor within one year prior to the Petition Date.

3.      KPC agreed to provide the Debtor with services including consultation concerning the filing of the bankruptcy case under Chapter 7 of the Bankruptcy Code, preparation of all pleadings necessary to commence the case, preparation of schedules, and attendance at the §341 meeting of creditors.

4.    KPC did not agree to represent the Debtor in any other matters which may arise in the case, including, but not limited to, examinations of any officer, director, member, employee, or other person of the Debtor under Bankruptcy Rule 2004.

5.    The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

KARALIS PC

By:____/s/ Aris J. Karalis_____
       ARIS J. KARALIS
       Attorneys for the Debtor

Dated: May 1, 2019