IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CITY LINE BEHAVIORAL HEALTHCARE, ) LLC, ) | Case No. 19-12493-mdc |
| ) | |
| Debtor. ) | |
| _____ ) | |

**JOINDER OF OXFORD FINANCE LLC, AS AGENT, TO OBJECTION OF GARY F. SEITZ, CHAPTER 7 TRUSTEE, TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Oxford Finance LLC, in its capacity as agent ("Agent"), by and through its undersigned counsel, hereby joins the *Objection of Gary F. Seitz, Chapter 7 Trustee, to Motion for Relief from the Automatic Stay* (ECF No. 32) (the "Objection") of Gary F. Seitz, Chapter 7 Trustee in the above-captioned bankruptcy case ("Trustee"), and hereby incorporates the Trustee's Objection by reference and further states:

1. Agent filed a proof of claim on June 6, 2019, and is therefore a creditor and party-in-interest in this case. *See* Claim No. 2.

2. As a creditor and party-in-interest, Agent has an interest in any collateral assets located at the Premises (as defined in the *Motion of 225 City Associates, L.P. Pursuant to 11 U.S.C. §§362(d) and (e) for Relief from the Automatic Stay Under 11 U.S.C. §362(a)* (ECF No. 27)).

3. Agent hereby joins the Objection filed by the Trustee.

*[Remainder of Page Left Intentionally Left Blank]*

WHEREFORE, Agent respectfully requests that the Court deny the motion of 225 City Associates, L.P.

Dated: August 6, 2019

**OXFORD FINANCE LLC**

By: /s/ _____
    One of Its Attorneys

Claudia Z. Springer
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 851-8100
cspringer@reedsmith.com

-and-

Zachary J. Garrett
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 201-4000
zachary.garrett@goldbergkohn.com

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2019, a true and correct copy of the foregoing *Joinder of Oxford Finance LLC to Objection of Gary F. Seitz, Chapter 7 Trustee, to Motion for Relief from the Automatic Stay* was filed with the Clerk of the Court using the ECF system, which then sent notification electronically to counsel of record.

/s/
Claudia Z. Springer
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 851-8100
cspringer@reedsmith.com