**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| CITY LINE BEHAVIORAL HEALTHCARE, LLC | ) | Case No. 19-12493 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of DLA Piper LLP (US) ("DLA Piper"), a party in interest in the above-captioned case, and pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

R. Craig Martin, Esq. (PA Bar No. 88173)
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:     (302) 468-5700
Facsimile:     (302) 394-2341
Email: craig.martin@us.dlapiper.com


and


Eric Goldberg, Esq. (CA Bar No. 157544)
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:     (310) 595-3000
Facsimile:     (310) 595-3300
Email: eric.goldberg@us.dlapiper.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the United States Bankruptcy Code (the "Bankruptcy Code") sections 342 and 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which in any way affect or seek to affect any right or interest of DLA Piper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in this case.

The filing of this Notice of Appearance and Request for Service of Papers is not intended to be, and it shall not be deemed to construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which DLA Piper may be entitled in law or in equity, all of which are hereby expressly reserved.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

[*Balance of page intentionally left blank*]

2

Dated: September 23, 2019
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  *R. Craig Martin*
R. Craig Martin, Esquire (PA Bar No. 88173)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Telephone:    (302) 468-5700
Facsimile:    (302) 394-2341
Email:    craig.martin@us.dlapiper.com

and

Eric Goldberg, Esquire (CA Bar No. 157544)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:    (310) 595-3000
Facsimile:    (310) 595-3300
Email:    eric.goldberg@us.dlapiper.com

*Attorneys to DLA Piper LLP (US)*

EAST\169398930.1