IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

City Line Behavioral Healthcare, LLC,    :    Chapter 7

    Debtor.    :    Case No. 2:19-bk-12493-mdc

        :

\*   \*   \*   \*   \*   \*

**MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD C. CARLETON, ESQUIRE**

    James Sandnes, Esquire (the "Movant"), a member in good standing of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a partner with the law firm of Skarzynski Marick & Black LLP, hereby moves this Court to enter an order permitting Edward C. Carleton, Esquire, to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Pennsylvania in the above-captioned chapter 7 bankruptcy case and in any adversary proceedings therein. In support of this motion, the Movant respectfully represents as follows:

    1.    Mr. Carleton is a partner with the law firm of Skarzynski Marick & Black LLP and maintains an office at One Battery Park Plaza, 32nd Floor, New York, New York 10004.

    2.    As set forth in the Verified Statement attached hereto as **Exhibit A**, Mr. Chase is a member in good standing of the Bars of the United States Court of Appeals for the First Circuit and the Second Circuit, the United States District Court for the Southern District of New York, the Eastern District of New York, the District of Connecticut, the District of Massachusetts, and the

1

Eastern District of Wisconsin, and the Bars of the State of New York and of the Commonwealth of Massachusetts.

3. Mr. Carleton is not now subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice.

4. Mr. Carleton and the firm of Skarzynski Marick & Black LLP were retained by Great American Insurance Company ("GAIC") to represent its interests in the above-captioned chapter 7 bankruptcy cases and in any adversary proceedings therein.

WHEREFORE, the Movant respectfully requests that the Court enter an order, in the form filed herewith, permitting Edward C. Carleton, Esquire, to appear *pro hac vice* in association with the Movant on behalf of GAIC in the above-captioned chapter 7 bankruptcy case and in any adversary proceedings therein.

Dated: October 25, 2019

SKARZYNSKI MARICK & BLACK LLP

By: /s/ James Sandnes
James Sandnes (PA Bar No.: 41721)
Edward C. Carleton (*pro hac vice* admission pending)
One Battery Park Plaza, 32nd Fl.
New York, New York 10004
Telephone: (212) 820-7700
Facsimile: (212) 820-7740
Email: jsandnes@skarzynski.com
ecarleton@skarzynski.com

*Attorneys for Great American Insurance Company*

4818-6084-2666, v. 1