# EXHIBIT A

**Verified Statement**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

City Line Behavioral Healthcare, LLC,        :        Chapter 7

       Debtor.        :        Case No. 2:19-bk-12493-mdc

       :

\*   \*   \*   \*   \*   \*

**VERIFIED STATEMENT OF ALEX J. CHASE, ESQUIRE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1.  I, Alex J. Chase, Esquire, have been admitted to practice law and I am a member in good standing of the Bars of the United States District Court for the Southern District of New York, the Eastern District of New York, the Northern District of New York, the District of Connecticut, and the District of Massachusetts, and the Bars of the State of New York and of the Commonwealth of Massachusetts.

2.  I am an associate with the law firm of Skarzynski Marick & Black LLP and maintain an office at One Battery Park Plaza, 32nd Floor, New York, New York 10004.

3.  I am not now subject to any disciplinary action, nor have I ever been disciplined for unethical or improper conduct by any court before which I have been admitted to practice.

4.  I submit this Verified Statement in support of the Motion for Admission *Pro Hac Vice* of Alex J. Chase, Esquire, filed herewith.

I declare under penalty of perjury that the above facts are true and correct.

Dated: October 25, 2019              /s/ Alex Chase
                                               Alex J. Chase, Esquire

4815-3565-3034, v. 1