**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CITY LINE BEHAVIORAL HEALTHCARE, LLC,** | ) | Case No. 19-12493-MDC |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LIFE OF PURPOSE PENNSYLVANIA, LLC,** | ) | Case No. 19-12495- MDC |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MCI REAL ESTATE HOLDINGS, LLC,** | ) | Case No. 19-12496- MDC |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AMENDMENT OF SETTLEMENT AGREEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND OXFORD FINANCE LLC, AS AGENT, <u>DATED AS OF OCTOBER 21, 2019</u>**

Reference is made to that certain Settlement Agreement By and Between the Chapter 7 Trustee and Oxford Finance LLC, as Agent, dated as of October 21, 2019 and effective as of November 21, 2019 (the "<u>Effective Date</u>"), between Gary Seitz, in his capacity as chapter 7 trustee for the estates of City Line Behavioral Healthcare, LLC, Life of Purpose-Pennsylvania, LLC, and MCI Real Estate Holdings, LLC, and Oxford Finance LLC, in its capacity as Agent (as amended as set forth in this notice, the "<u>Agreement</u>").

In accordance with Paragraph 14(h) of the Agreement, the Trustee and Agent hereby provide notice that, effective as of the Effective Date, the Agreement is amended to fix a typo in

the Agreement by replacing each reference to "Oxford Financial, LLC" in the Agreement with "Oxford Finance LLC".

Dated:  November 25, 2019  **OXFORD FINANCE LLC**

By:  /s/ Lauren S. Zabel
    One of Its Attorneys

Lauren S. Zabel
Claudia Z. Springer
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel:  (215) 851-8100
cspringer@reedsmith.com

-and-

Zachary J. Garrett
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
Tel:  (312) 201-4000
zachary.garrett@goldbergkohn.com