IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CITY LINE BEHAVIORAL HEALTHCARE, LLC,<br><br>*Debtor.* | Chapter 7<br><br>Bky. No: 2:19-BK-12493 |

**ORDER**

Upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Spiro Harrison as Special Litigation Counsel to the Chapter 7 Trustee for the Period June 9, 2020 through August 17, 2022 (the "Application"), it is hereby ORDERED that:

1. The Application is approved.

2. The sum of $310,000.00 is allowed to be paid to Spiro Harrison as reasonable compensation for the services rendered and $460.80 for reimbursement of expenses for a total of $310,460.80.

Dated: January 10, 2023

Magdeline D. Coleman

MADGELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE