IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| CITY LINE BEHAVIORAL HEALTHCARE, INC. | : Bankruptcy No. 19-12493-MDC |
| | : |
| Debtor | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF VINCENT J. ROLDAN, ESQUIRE

Pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court for the Eastern of Pennsylvania, Diane E. Vuocolo, Esquire, hereby moves for the admission *pro hac vice* of Vincent J. Roldan, Esquire of Mandelbaum Barrett PC to appear as counsel for Cindy Rosario-Fetterman, as Executrix of the Estate of Daniel Dallas Fetterman (the "**Fetterman Estate**"), in the above-captioned bankruptcy case.

1. A Verified Statement of Mr. Roldan is attached and incorporated herein by reference.

2. Movant, Diane E. Vuocolo, is a member in good standing of, *inter alia*, the Supreme Court of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania and the United States Bankruptcy for the Eastern District of Pennsylvania and is counsel to the Fetterman Estate in this bankruptcy case.

3. Applicant will tender the required fee for *pro hac vice* admission.

WHEREFORE, Movant respectfully requests that this Honorable Court admit, *pro hac vice,* Vincent J. Roldan as counsel for the Fetterman Estate and for such other relief as is just and equitable.

Dated: January 27, 2023

**GREENBERG TRAURIG, LLP**

By: */s/ Diane E. Vuocolo*
Diane E. Vuocolo, Esquire (DEV6713)
1717 Arch Street
Suite 400
Philadelphia, PA  19103
Phone:  215-988-7803
Email: vuocolod@gtlaw.com

*Counsel to Cindy Rosario-Fetterman, as Executrix of the Estate of Daniel Dallas Fetterman*

2

ACTIVE 684842547v1