IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| CITY LINE BEHAVIORAL HEALTHCARE, INC. | : Bankruptcy No. 19-12493-MDC |
| | : |
| Debtor | : |

**VERIFIED STATEMENT OF VINCENT J. ROLDAN, ESQUIRE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION AS COUNSEL TO CINDY ROSARIO-FETTERMAN, AS EXECUTRIX OF THE ESTATE OF DANIEL DALLAS FETTERMAN**

**VINCENT J. ROLDAN, hereby verifies that:**

1. I am a member of the law firm Mandelbaum Barrett PC, 3 Becker Farm Road, Suite 105, Roseland, New Jersey 07068, Telephone 973-736-4600, Fax: 973-736-4670, email: vroldan@mblawfirm.com.

2. I am admitted to practice in, and remain in good standing with, the Bar of the State of New Jersey and New York and admitted to practice before the District of New Jersey, Southern District of New York, and Eastern District of New York.

3. I am not currently suspended or disbarred or subject to any disciplinary action in any jurisdiction.

4. I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

ACTIVE 684842852v2

This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn falsification to authorities.

Dated: January 26, 2023

                                          /s/ Vincent J. Roldan
                                          Vincent J. Roldan

ACTIVE 684842852v2