IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CITY LINE BEHAVIORAL HEALTHCARE, LLC,<br><br>*Debtor.* | Chapter 7<br><br>Bky. No: 2:19-BK-12493 |

**TRUSTEE DECLARATION IN SUPPORT OF SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SPIRO HARRISON AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD AUGUST 5, 2020 THROUGH AUGUST 2, 2023**

Trustee, Gary F. Seitz, declares under penalty of perjury that the following is true and correct:

1. I am the Chapter 7 Trustee ("Trustee") appointed in the case of City Line Behavioral Healthcare, LLC, formerly known as Liberation Behavioral Health, LLC ("Debtor").

2. I have reviewed the Second Interim Fee Application ("Application") of Spiro Harrison & Nelson ("Applicant"), as special litigation counsel, in accordance with Federal Rule of Bankruptcy Procedure 2016, Local Bankruptcy Rule 2016-1, and 11 U.S.C. §§ 330 and 331.

3. The services rendered and expenses incurred for which compensation or reimbursement is requested in the Application were performed on my behalf as Trustee.

4. The services described in the Application are for actual, necessary services and the compensation requested for those services is reasonable.

5. The Applicant negotiated settlements on behalf of the Trustee with Thomas Leahey, Andrew Rothermel, Thomas Greer, Jeffrey Muir, Vincent Olmstead, and Wesco Insurance Company that have been approved by the Bankruptcy Court and funded by the settling parties.

The Applicant negotiate a settlement on behalf of the Trustee with Duane Morris LP that has been approved by the Bankruptcy Court and is due to be funded by Duane Morris by no later September 1, 2023.

6. As set out in the Application, the fees sought are based on a contingency fee agreement previously approved by the Court. Of the total fees amount, $4,000 is attributable to the Adversary Action, $220,000 is attributable to the Coverage Action, and $210,000 is attributable to the Duane Morris Action. Of the total expenses amount, $1,789.14 is attributable to the Adversary Action, $1,716.267 is attributable to the Coverage Action, $4,308.63 is attributable t the Duane Morris Action, and $8,619.00 is attributable to ESI Expenses.

7. The Applicant's request for $434,000.00 in compensation and $16,433.44 in reimbursement of actual, necessary expenses is consistent with the retention, resulted in a tremendous benefit to the estate, and should be approved by the court.

8. Attached as Exhibit 1 is a true and correct copy of Form 1 for this case.

9. Attached as Exhibit 2 is a true and correct copy of Form 2 for this case.

Dated: August 8, 2023

*/s/ Gary F. Seitz*
Gary F. Seitz, as Trustee of City Line Behavioral Healthcare, LLC

# Exhibit 1

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Date Filed (f) or Converted (c):** | 04/17/2019 (f) |
| **For the Period Ending:** | 8/4/2023 | **§341(a) Meeting Date:** | 05/23/2019 |
| | | **Claims Bar Date:** | 09/16/2019 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | PNC BANK - Operating | | $7,304.15 | $7,304.15 | | $0.00 | FA |
| **Asset Notes:** | Checking Acct 5189 PNC reports the account was overdrawn on the petition date. | | | | | | |
| 2 | Life of Purpose- Pennsylvania LLC<br>MCI Real Estate Holdings LLC<br>Life of Purpose LLC . | | Unknown | $0.00 | | $0.00 | FA |
| 3 | Office Equipment and Furniture | | $778.05 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | City Line did not own any physical assets such as office/medical equipment or furnishings. | | | | | | |
| 4 | Office Equipment and Furniture | | $3,984.01 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | City Line did not own any physical assets such as office/medical equipment or furnishings. | | | | | | |
| 5 | Tradename | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | no value due to the Attorney General's fraud investigation and conviction of several former principals of the debtor. | | | | | | |
| 6 | www.citylinebh.com | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | no value due to the Attorney General's fraud investigation and conviction of several former principals of the debtor. | | | | | | |
| 7 | Customer List | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | no value due to the Attorney General's fraud investigation and conviction of several former principals of the debtor. | | | | | | |
| 8 | Goodwill | | Unknown | $7,954,663.00 | | $0.00 | FA |
| **Asset Notes:** | no value due to the Attorney General's fraud investigation and conviction of several former principals of the debtor. | | | | | | |
| 9 | Insurance refund | (u) | Unknown | $100.00 | | $96.39 | FA |
| 10 | Unscheduled avoidance actions | (u) | Unknown | $0.00 | | $478,500.00 | $36,500.00 |
| **Asset Notes:** | NJ<br>Salesforce<br>Amex<br>Relias<br>21-00032-mdc Gary F. Seitz, as Chapter 7 Trustee of the Estate v. Voxnet LLC<br>21-00033-mdc Gary F. Seitz, as Chapter 7 Trustee of the Estate v. First Clearing Corp., Company | | | | | | |
| 11 | Automobiles - Vehicles | (u) | Unknown | $0.00 | | $12,357.74 | $22,000.00 |
| **Asset Notes:** | Investigating potential ownership of:<br>2015 Ford Escape VIN # 1FMCU9GX2FUA97921 (PA)<br>2016 Ford Escape VIN # 1FMCU0G75GUB64640 (PA)<br>2014 Ford Econoline VIN # 1FBSS3BL8EDA21419 (PA)<br>2014 Ford Econoline VIN # 1FBSS3BL6EDA21404 (PA)<br>2014 Ford Econoline VIN # 1FBSS3BL2EDA64783 (PA)<br>2014 Ford Econoline VIN # 1FBSS3BL0EDA64782 (PA)<br>2014 Ford Econoline VIN # 1FBSS3BL7EDA03672 (PA)<br>2017 Ford Escape VIN # 1FMCU0F72HUA09515 (NJ)<br>2016 Ford Transit VIN # 1FBAX2CGXGKA00627 (FL)<br>2013 Mercedes Sprinter VIN # WDZPE7CC1D5812981 (FL)<br>2014 Mercedes Sprinter VIN # WDZPE7CC6E5866021 (FL)<br>2013 Toyota Highlander VIN # 5TDZA3EH6DS035939 (FL)<br>20-00285-mdc Gary F. Seitz v. New Jersey Motor Vehicle Commission | | | | | | |
| 12 | Unscheduled other litigation - directors, officers and d&o insurance | (u) | Unknown | $1,000,000.00 | | $788,500.00 | $211,500.00 |

# FORM 1



## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Date Filed (f) or Converted (c):** | 04/17/2019 (f) |
| **For the Period Ending:** | 8/4/2023 | **§341(a) Meeting Date:** | 05/23/2019 |
| | | **Claims Bar Date:** | 09/16/2019 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Asset Notes:** | 21-00030-mdc Seitz v. Gerner et al (old board)<br>21-00038-mdc Seitz v. Great American Insurance (D&O carrier)<br>21-00075-mdc Seitz v. Rothermel et al (new board) | | | | | | |
| **Ref. #** | | | | | | | |
| 13 | Unscheduled other litigation - debtor former professionals | (u) | Unknown | $1,500,000.00 | | $0.00 | $3,000,000.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$12,066.21** | **$10,462,067.15** | | **$1,279,454.13** | **$3,270,000.00** |

**Major Activities affecting case closing:**

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Date Filed (f) or Converted (c):** | 04/17/2019 (f) |
| **For the Period Ending:** | 8/4/2023 | **§341(a) Meeting Date:** | 05/23/2019 |
| | | **Claims Bar Date:** | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

6/30/2023 Pending litigation in New York state court. Marcum's motion to dismiss state court case is still under advisement.

3/28/2023 Litigation continuing.

12/30/2022 Recently completed successful mediations with Duane Morris and the group of new Directors and Officers/carrier. Working on settlement agreement terms and will then file motion to approve those compromises. Pending litigation in New York state court with Marcum, the debtor's prior accountants.

9/30/2022 Discussing appointment of mediator to resolve claim against law firm professional, suit against accounting professional pending in NY state ct working on resolving remaining D&O claims.

6/30/2022 Follow-on negotiations of adversary cases continuing after mediation sessions in April.

3/30/2021 Mediation scheduled for April in adversaries.

12/30/2021 Litigation of director and officer / coverage claims pending in adversary proceedings and state court case in NY; Mediation contemplated for late February.

Continue investigating twelve vehicles for proof of ownership and title for purposes of sale. Investigation obstructed by the federal Driver's Privacy Protection Act (DPPA) which limits the disclosure of "personal information" obtained from state departments of motor vehicles. Administrative steps being taken for information

on vehicles that may be registered in PA, NJ and FL. Follow-up requests for replacement titles sent to DMV. Response times slowed by part-time office staff and pandemic.

9 30 2021 Litigation of avoidance actions and breach of fiducuary duty cases are still pending. The 401(k) plan was terminated and a final tax return for the plan was just filed and submitted to the Department of Labor.

6/28/2021 Adversary proceedings pending and NY state court matter pending against Marcum.

3/30/2021 Readying D&O, professional liability and avoidance actions for litigation.

12/30/2020 Litigation is continuing - director and officer claims reduced to draft complaint under review; investigation of potential claims against former counsel and accountants pending. Authorize suit against New Jersey to obtain replacement titles for vehicles.

09/30/2020 Special counsel engaged and prosecuting action against directors and officers. Investigation of possible claims against professionals pending.

06/29/2020 Delay in investigations due to Covid 19 shutdowns ~ investigations still pending.

3/30/20 Rule 2004 investigations by special counsel continuing; possible D&O plus coverage investigation continuing; investigating possible sale of A/R

12/30/2019 Continue investigation of avoidance and professional liability causes of action; investigate problems in collecting healthcare receivables

9/30/2019 Negotiate settlement with secured creditor; arrange with DEA to remove narcotics; investigate avoidance and professional liability causes of action; search for entity to collect healthcare receivables

6/30/2019 This debtor is the holding company for: Life of Purpose Pennsylvania 19-12494 Gary Seitz Trustee

| | | |
|---|---|---|
| Life of Purpose LLC (FL) | 19-12500 | Lynn Feldman Trustee |
| Life of Progress, LLC | 19-12501 | Lynn Feldman Trustee |
| MCI Real Estate Holdings | 19-12495 | Gary Seitz Trustee |
| 650 Church Road LLC | 19-12497 | Terry Dershaw Trustee |
| 155 Pleasant Valley Road LLC | 19-12499 | Terry Dershaw Trustee |
| 1146 Stump Road LLC | 19-12498 | Terry Dershaw Trustee |

**Initial Projected Date Of Final Report (TFR):** 12/30/2021

**Current Projected Date Of Final Report (TFR):** 03/30/2024

/s/ GARY F. SEITZ

GARY F. SEITZ

# Exhibit 2

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6316 | **Checking Acct #:** | ******0160 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 4/17/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/4/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/30/2019 | (11) | Ford Motor Co | Excess proceeds from repo and sale of previously owned vehicles of FL affiliate. | 1229-000 | $12,357.74 | | $12,357.74 |
| 02/20/2020 | 1001 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 Ch 7 Blanket Bond EDPA | 2300-000 | | $5.15 | $12,352.59 |
| 05/19/2020 | (9) | UNEMPLOYMENT INSUR AGENCY | REFUND UNEMPLOY INS PREMIUM | 1229-000 | $96.39 | | $12,448.98 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $217.85 | $12,231.13 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($217.85) | $12,448.98 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.91 | $12,431.07 |
| 08/10/2020 | (10) | UNITED HEALTHCARE | PREFERENCE SETTLEMENT | 1241-000 | $15,000.00 | | $27,431.07 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $34.62 | $27,396.45 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $39.40 | $27,357.05 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $40.66 | $27,316.39 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $39.29 | $27,277.10 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $40.54 | $27,236.56 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $40.48 | $27,196.08 |
| 02/05/2021 | 1002 | INTERNATIONAL SURETIES, LTD | Bond Payment | 2300-000 | | $30.39 | $27,165.69 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $36.48 | $27,129.21 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $40.32 | $27,088.89 |
| 04/02/2021 | (10) | STATE OF NJ | Avoidance ACtion Settlement Doc 136 Filed 02/18/21 | 1241-000 | $350,000.00 | | $377,088.89 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $526.67 | $376,562.22 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $559.72 | $376,002.50 |
| 06/07/2021 | (10) | RELIAS LLC | Settlement of preference payment | 1241-000 | $8,000.00 | | $384,002.50 |
| 06/07/2021 | (10) | BIALSON BERGEN fbo SALESFORCE | Settlement of preference claim | 1241-000 | $6,000.00 | | $390,002.50 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $556.95 | $389,445.55 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $578.87 | $388,866.68 |
| 08/13/2021 | (10) | AMERICAN EXPRESS | Settlement Adversary | 1241-000 | $99,500.00 | | $488,366.68 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $671.67 | $487,695.01 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $701.50 | $486,993.51 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $723.86 | $486,269.65 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $699.45 | $485,570.20 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $721.75 | $484,848.45 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $720.67 | $484,127.78 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $649.94 | $483,477.84 |
| 03/16/2022 | 1003 | INTERNATIONAL SURETIES, LTD | Ch 7 BB PA ED Bond # 016026390 | 2300-000 | | $217.10 | $483,260.74 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $718.53 | $482,542.21 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $694.08 | $481,848.13 |
| | | | | **SUBTOTALS** | $490,954.13 | $9,106.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6316 | **Checking Acct #:** | ******0160 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 4/17/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/4/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $716.21 | $481,131.92 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $692.06 | $480,439.86 |
| 07/15/2022 | (12) | Cozen fbo "Settling Members" per settlement | Settlement of Adversary No. 21-00030 | 1249-000 | $50,000.00 | | $530,439.86 |
| 07/15/2022 | (12) | Cozen fbo "Settling Members" per settlement | Settlement of Adversary No. 21-00030 - DUPLICATE ENTRY IN ERROR | 1249-000 | $50,000.00 | | $580,439.86 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $757.27 | $579,682.59 |
| 08/08/2022 | (12) | DEP REVERSE: Cozen fbo "Settling Members" per | Settlement of Adversary No. 21-00030 - DUPLICATE ENTRY IN ERROR | 1249-000 | ($50,000.00) | | $529,682.59 |
| 08/26/2022 | (12) | GREAT AMERICAN INS CO | Settlement payment | 1249-000 | $725,000.00 | | $1,254,682.59 |
| 08/26/2022 | (12) | GREAT AMERICAN INS CO | Settlement payment - deposit reversed duplication error | 1249-000 | $725,000.00 | | $1,979,682.59 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,030.65 | $1,978,651.94 |
| 09/08/2022 | (12) | DEP REVERSE: GREAT AMERICAN INS CO | Settlement payment - deposit reversed duplication error | 1249-000 | ($725,000.00) | | $1,253,651.94 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,803.25 | $1,251,848.69 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,800.65 | $1,250,048.04 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,798.06 | $1,248,249.98 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,855.39 | $1,246,394.59 |
| 01/13/2023 | 1004 | Spiro Harrison & Nelson | Ct appvd fees and exps Doc 212 | * | | $310,460.80 | $935,933.79 |
| | | | Ct appvd fees and exps Doc 212 $(460.80) | 3220-000 | | | $935,933.79 |
| | | | Ct appvd fees and exps Doc 212 $(310,000.00) | 3210-000 | | | $935,933.79 |
| 01/24/2023 | 1005 | INTERNATIONAL SURETIES, LTD | Bond # 016025390 Liberty Mutual | 2300-000 | | $591.17 | $935,342.62 |
| 06/21/2023 | (12) | BERKLEY INSURNACE CO | Settleemtn Payment Fbo Thomas Leahey | 1249-000 | $10,000.00 | | $945,342.62 |
| 06/21/2023 | (12) | ZUCKER STEINBERG & WIXTEESCROW/TRUST | Settlement from Dana Fetterman | 1249-000 | $2,500.00 | | $947,842.62 |
| 06/30/2023 | (12) | SUDHASARVAIYA | Settlement proceeds | 1249-000 | $1,000.00 | | $948,842.62 |
| | | | | **SUBTOTALS** | $788,500.00 | $321,505.51 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6316 | **Checking Acct #:** | ******0160 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 4/17/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/4/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,279,454.13 | $330,611.51 | $948,842.62 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,279,454.13 | $330,611.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,279,454.13 | $330,611.51 | |

**For the period of 4/17/2019 to 8/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,279,454.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,279,454.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330,611.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,611.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/30/2019 to 8/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,279,454.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,279,454.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330,611.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,611.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-12493-MDC | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | CITY LINE BEHAVIORAL HEALTHCARE, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6316 | **Checking Acct #:** | ******0160 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 4/17/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/4/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $1,279,454.13 | $330,611.51 | $948,842.62 |

**For the period of 4/17/2019 to 8/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,279,454.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,279,454.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330,611.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,611.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/17/2019 to 8/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,279,454.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,279,454.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330,611.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,611.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GARY F. SEITZ

GARY F. SEITZ