IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CITY LINE BEHAVIORAL HEALTHCARE, LLC,<br><br>*Debtor.* | Chapter 7<br><br>Bky. No: 2:19-BK-12493 |

**ORDER**

Upon consideration of the Second Interim Application for Compensation and Reimbursement of Expenses of Spiro Harrison & Nelson as Special Litigation Counsel to the Chapter 7 Trustee for the Period August 5, 2020 through June 16, 2023 (the "Application"), it is hereby ORDERED that:

1. The Application is approved.

2. The sum of $434,000.00 is allowed to be paid to Spiro Harrison & Nelson as reasonable compensation for the services rendered and $16,433.44 for reimbursement of expenses, for a total of $450,433.44.

Dated:____________________

______________________________________
MADGELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE