IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CITY LINE BEHAVIORAL HEALTHCARE, LLC,<br><br>*Debtor.* | Chapter 7<br><br>Bky. No: 2:19-BK-12493 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, I caused a copy of the Second Interim Application for Compensation and Reimbursement of Expenses of Spiro Harrison as Special Litigation Counsel to the Chapter 7 Trustee for the Period August 5, 2020 through August 2, 2023 and supporting documents to be served upon all counsel of record via the Court's CM/ECF filing system and was served electronically upon all parties set forth on the Clerk's Service List pursuant to L.B.R. 2002-2.

Dated: August 8, 2023

*/s/ Jason C. Spiro*
Jason C. Spiro