# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CITY LINE BEHAVIORAL HEALTHCARE, LLC., | : | Case No. 19-12493(AMC) |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Andrea Dobin, the Successor Trustee, to employ McManimon Scotland & Baumann, LLC as her counsel as of August 13, 2024, it is hereby

**ORDERED and DECREED** that McManimon Scotland & Baumann, LLC is appointed as counsel to the Successor Trustee as of January 29, 2025.  Compensation will be allowed after approval of an Application submitted and approved in accord with Local Rule 2016-1 and in procedural conformity with *In re Busy Beaver Building Ctrs., Inc.*, 19 F.3d 833 (3d Cir. 1994).

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Dated:

**Date: February 24, 2025**

1