**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**CITY LINE BEHAVIORAL HEALTHCARE, LLC,**<br><br>Debtor. | :<br>:<br>: **Chapter 7**<br>:<br>: **Case No. 19-12493-AMC**<br>:<br>:<br>: |

**APPLICATION OF ANDREA DOBIN, SUCCESSOR CHAPTER 7**
**TRUSTEE TO EMPLOY OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP AS LITIGATION COUNSEL**

Andrea Dobin, the Successor Chapter 7 Trustee (the "Trustee") serving in the bankruptcy proceeding of City Line Behavioral Healthcare, LLC (the "Debtor"), hereby applies to this Court pursuant to 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania ("L.B.R.") for an order authorizing the employment of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer" or "Litigation Counsel"), as her Litigation Counsel and in support thereof respectfully represents as follows:

1. On April 17, 2019, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Also on April 17, 2019, Gary F. Seitz was appointed the Chapter 7 Trustee by the United States Trustee.

3. On July 29, 2024, Gary F. Seitz resigned from his position as Trustee in this bankruptcy case.

4. On August 2, 2024, Andrea Dobin was appointed to serve as successor trustee in this bankruptcy case.

5. On February 24, 2025, an Order was entered authorizing the Trustee's employment of McManimon Scotland & Baumann, LLC ("MSB") as Counsel to the Trustee.

6. The Trustee now intends to retain Litigation Counsel to investigate and prosecute claims the Trustee may assert on behalf of the Debtor's bankruptcy estate (the "Litigation") in connection with this case and has sought an alternative fee in order to protect the Debtor's bankruptcy estate.

7. The Trustee desires to employ the Obermayer, attorneys duly admitted to practice in this Court, as her Litigation Counsel in the Litigation.

8. The professional services that Obermayer is to render include but are not limited to all services connected to the investigation and prosecution to verdict of the Litigation.

6. Neither the Trustee, Obermayer, nor MSB, the Trustee's general bankruptcy counsel, anticipate any overlap in responsibility or duplication of efforts between Obermayer as Litigation Counsel and MSB.

7. To the best of the knowledge of the Trustee and Obermayer, and except as otherwise disclosed herein or in the attached Affidavit of Disinterestedness, Obermayer does not have any connection to the Trustee, the Debtor, any creditors of the Debtor or other parties in interest, or hold or represent any interest adverse to the Debtor's estate, and is a disinterested person, and its employment as Litigation Counsel would be in the best interest of the Debtor's bankruptcy estate.

8. Obermayer understands that any compensation and expenses paid to it must be approved by this Court upon Application consistent with the dictates of *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

9. Compensation for professional services of Obermayer shall be charged at the blended hourly billing rate of $250.00 per hour for all lawyers. Out of pocket costs and expenses incurred will also be reimbursed. In addition to the hourly rate set forth above, Obermayer will receive a contingent fee recovery calculated as follows: (i) twenty five percent (25%) if resolved before suit; (ii) thirty percent (30%) if resolved after suit but before trial; and (iii) forty percent (40%) after trial commences with a cap on recovery (at any stage in the Litigation) of not more than fifty percent (50%) of the net recoveries of the Litigation.

WHEREFORE, Andrea Dobin, the successor Chapter 7 Trustee, prays that she be authorized to retain and employ the law firm Obermayer Rebmann Maxwell & Hippel LLP to represent her in this Chapter 7 Case, as Litigation Counsel and for such other further relief as is necessary and just.

Respectfully submitted,

Dated: October 29, 2025        By: */s/ Andrea Dobin*
                                   Andrea Dobin
                                   *Successor Trustee in the*
                                   *Estate of City Line Behavioral*
                                   *Healthcare, LLC*