UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| CITY LINE BEHAVIORAL | : |
| HEALTHCARE, LLC, | : Case No. 19-12493-AMC |
| | : |
| Debtor. | : |
| | : |

## AFFIDAVIT OF DISINTERESTEDNESS

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss.
COUNTY OF PHILADELPHIA          )

Edmond M. George, being duly sworn, deposes and says:

1. I am a partner of Obermayer Rebmann Maxwell & Hippel LLP, which maintains offices at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102.

2. This Affidavit is being submitted in support of the foregoing Application of Andrea Dobin, the successor Chapter 7 Trustee (the "Trustee") serving in the bankruptcy proceeding of City Line Behavioral Healthcare, LLC (the "Debtor") to Employ Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") as Litigation Counsel in the above-captioned bankruptcy proceedings.

3. Partners and associates of Obermayer are attorneys duly admitted to practice in, and are members in good standing in, the Bar of the Commonwealth of Pennsylvania.

4. Obermayer will not represent any party other than the Trustee in this case.

5. To the best of my knowledge, after reasonable and diligent investigation, Obermayer's connection with the Trustee, the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for Region 3, or any

person employed in the office of the United States Trustee for the Eastern District of Pennsylvania, is set forth in paragraph 6 below.

6. In searching for potential connections to this case in connection with this Affidavit, I caused the names of the parties set forth in **Exhibit "A"** to this Certification, which is a list of parties-in-interest taken from the initial filings of the Debtor in this case and the official Matrix List of Creditors maintained by the Clerk of the Bankruptcy Court, to be submitted to Obermayer's internal conflicts procedures. **Exhibit "A"** includes the following: the Debtor; the Trustee; the former trustee, and all parties on the Debtor's Matrix List of Creditors. Obermayer has in the past, been adverse to the initial trustee Gary Seitz ("Seitz") in various cases, representing Obermayer clients in defense of claims brought by Seitz in other proceedings as set forth in **Exhibit "B"** hereto.

7. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its partners, associates, officers, and/or employees with the Debtor, creditors, any other party in interest, their respective attorneys, and other professionals, is as set forth in **Exhibit "C"** hereto.

8. Obermayer does not currently represent any current creditor listed in **Exhibit "C"** in connection with any claims related to or involving in any way the Debtor.

[Remainder of this page intentionally left blank.]

9. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees, and I do not hold an adverse interest to the estate, do not represent an adverse interest to the estate, are disinterested under 11 U.S.C. § 101(14) and do not represent or hold any interest adverse to the Trustee or the Debtor's estate with respect to the matter for which I will retained under 11 U.S.C. § 327(a). Thus, I believe that Obermayer is a disinterested party within the meaning of that term as set forth in § 327 of the United States Bankruptcy Code.

_____
Edmond M. George, Esquire

Sworn to and subscribed
before me this 29th day
of October, 2025

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Annette M. Talerico, Notary Public
Philadelphia County
My Commission Expires July 26, 2028
Commission Number 1208893

3

4922-8086-9492 v2

**EXHIBIT A**
**List of Identified Parties Included in Conflict Check**

1. Andrea Dobin
2. City Line Behavioral Healthcare, LLC
3. Gary F. Seitz, Esq.
4. Frederick Baker, Esq.
5. Gellert Seitz Busenkell and Brown PC
6. Office of the United States Trustee Third Circuit
7. Bederson LLP
8. Integrity Billing, Co.
9. Quaker City Auctioneers, Inc.
10. 225 City Associates, L.P.
11. Masano Bradley
12. Spiro Harrison
13. 4 Erial Road LLC
14. Great American Insurance Company
15. Oxford Finance, LLC
16. Philadelphia
17. 1146 Stump Road, LLC
18. 155 Pleasant Valley Road, LLC
19. 650 Church Road, LLC
20. Adam Nachmani, Esquire
21. Attorney General of the United States
22. Branden Coluccio
23. DLA Piper LLP
24. Dana S. Plon, Esquire
25. Daniel R. Utain
26. Department of Labor and Industry
27. Fulcrum Equity Partners
28. Highmark
29. Internal Revenue Service
30. James E. Gavin, Esquire
31. Jason Gerner
32. KLDiscovery
33. LBH Holdings, LLC
34. LD Lower Holdings, Inc.
35. Line in Progress LLC
36. Life of Purpose LLC
37. Life of Purpose-Pennsylvania, LLC
38. MCI Real Estate Holdings, LLC
39. Oxford Finance LLC
40. Pennsylvania Department of Revenue
41. Pennsylvania Office of Attorney General
42. Sara Nicoll
43. U.S. Attorney's Office

4922-8086-9492 v2

44. Vette Associates II, LP
45. Aris J. Karalis
46. Cindy Rosario Fetterman as Executrix of Estate of Daniel Dallas Fetterman
47. John Charles Spiro
48. Robert W. Seitzer

2

**EXHIBIT "B"**

**Matters in which Obermayer Rebmann Maxwell & Hippel LLP formerly represented parties adverse to initial trustee, Gary Seitz:**

- Gary F. Seitz, Trustee for Citx Corporation
- Gary F. Seitz, Trustee for Creta Farm USA, LLC
- Gary F. Seitz, Trustee for Cherry Bros., LLC
- Gary F. Seitz, Trustee for Mohammad A. Chughtai and Farzana A. Chughtai

# EXHIBIT "C"

**Parties in interest in the City Line Behavioral Healthcare, LLC Chapter 7 bankruptcy case which Obermayer Rebmann Maxwell & Hippel LLP currently represents or formerly represented in matters unrelated to this Chapter 7 case:**

- 225 City Associates LP – represented a former client in lease negotiation matter adverse to 225 City Associates LP.
- Great American Insurance Company – former client of firm represented in multiple matters; representation terminated in 2024.
- Attorney General of the United States – prior representation of numerous individuals and corporate entities in matters involving or adverse to the Attorney General of the United States.
- DLA Piper LLP – Obermayer served as local counsel in Philadelphia for a client of DLA Piper LLP in matter regarding land use issues.
- Pennsylvania Department of Labor and Industry – prior representation of numerous individuals and corporate entities in matters involving or adverse to the Pennsylvania Department of Labor and Industry.
- Highmark, Inc. – former client of firm represented in multiple matters unrelated to Debtors' bankruptcy.
- Internal Revenue Service – prior and current representation of numerous individuals and corporate entities in matters involving or adverse to the IRS.
- Pennsylvania Department of Revenue – prior and current representation of numerous individuals and corporate entities in matters involving or adverse to the Pennsylvania Department of Revenue.
- Pennsylvania Office of Attorney General – prior representation of numerous individuals and corporate entities in matters involving or adverse to the Pennsylvania Office of Attorney General.
- U.S. Attorney's Office for the Middle District of Pennsylvania – prior representation of numerous individuals and corporate entities in matters involving or adverse to the U.S. Attorney's Office for the Middle District of Pennsylvania.

4922-8086-9492 v2