**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 7** |
| **CITY LINE BEHAVIORAL** | : |
| **HEALTHCARE, LLC,** | : **Case No. 19-12493-AMC** |
| | : |
| **Debtor.** | : |
| | : |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as litigation counsel for Andrea Dobin, the Successor Chapter 7 Trustee (the "Trustee") serving in the bankruptcy proceeding of City Line Behavioral Healthcare, LLC (the "Debtor"), and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Service List, in the above captioned case, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

> Michael D. Vagnoni, Esquire
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA 19102
> michael.vagnoni@obermayer.com
> (215) 665-3066 – Telephone
> (215) 665-3165 – Facsimile

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier services,

hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (a) affects or

seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with

respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor

may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of

others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any

property, payment or other conduct by the undersigned.

Respectfully Submitted,

Dated: December 16, 2025                  By: */s/ Michael D. Vagnoni*
                                          Edmond M. George, Esquire
                                          Michael D. Vagnoni, Esquire
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          Centre Square West
                                          1500 Market Street, Suite 3400
                                          Philadelphia, PA 19102
                                          (215) 665-3066 – Phone
                                          (215) 665-3165 – Facsimile
                                          Email: edmond.george@obermayer.com
                                                  michael.vagnoni@obermayer.com

                                          *Litigation Counsel to Andrea Dobin, Successor
                                          Trustee in the Estate of City Line Behavioral
                                          Healthcare, LLC*

4922-6904-7424 v1