# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 7** |
| **CITY LINE BEHAVIORAL** | : |
| **HEALTHCARE, LLC,** | : **Case No. 19-12493-AMC** |
| | : |
| **Debtor.** | : |
| | : |

## CERTIFICATION OF SERVICE

I, Michael D. Vagnoni, Esquire, certify that on December 16, 2025 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Appearance and Request for Service of Papers

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

By: */s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3066 – Phone
(215) 665-3165 – Facsimile
Email: edmond.george@obermayer.com
michael.vagnoni@obermayer.com

*Litigation Counsel to Andrea Dobin, Successor Trustee in the Estate of City Line Behavioral Healthcare, LLC*

4922-6904-7424 v1

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

ARIS J. KARALIS
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
*Counsel to Debtor, City Line Behavioral Healthcare, LLC*
Via: ☒ CM/ECF     ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail:
☐ Other:

ROBERT W. SEITZER
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
*Counsel to Debtor, City Line Behavioral Healthcare, LLC*
Via: ☒ CM/ECF     ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail:
☐ Other:

JASON CHARLES SPIRO
Spiro Harrison & Nelson LLC
200 Monmouth Street
Suite 310
Red Bank, NJ 07701
*Counsel to Debtor, City Line Behavioral Healthcare, LLC*
Via: ☒ CM/ECF     ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail:
☐ Other:

ANDREA DOBIN
McManimon Scotland & Bauman, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Chapter 7 Trustee*
Via: ☒ CM/ECF     ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail:
☐ Other:

SCOTT D. PLATTON
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Counsel to Andrea Dobin, Chapter 7 Trustee*
Via: ☒ CM/ECF     ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail:
☐ Other:

2

4922-6904-7424 v1

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
*United States Trustee*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

DANIEL R. UTAIN
Kaplin Stewart Meloff Reiter and Stein
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422-0765
*Counsel to 225 City Associates, L.P.*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

DANA S. PLON
Sirlin Lesser & Benson, P.C.
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
*Counsel to 4 Erial Road LLC*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

NICHOLAS M. ENGEL
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355
*Counsel to Branden Coluccio*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

ERIC D. GOLDBERG
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
*Counsel to DLA Piper LLP (US)*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

4922-6904-7424 v1

CRAIG MARTIN
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
*Counsel to DLA Piper LLP (US)*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

VINCENT J. ROLDAN
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
*Counsel to Cindy Rosario Fetterman, as Executrix of Estate of Daniel Dallas Fetterman*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

DIANE E. VUOCOLO
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
*Counsel to Cindy Rosario Fetterman, as Executrix of Estate of Daniel Dallas Fetterman*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

EDWARD C. CARLETON
Skarzynski Marick & Black LLP
One Battery Park Plaza
32nd Floor
New York, NY 10004
*Counsel to Great American Insurance Company*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

ALEX J. CHASE
Skarzynski Marick & Black LLP
One Battery Park Plaza
32nd Floor
New York, NY 10004
*Counsel to Great American Insurance Company*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

4922-6904-7424 v1

JAMES THEODORE SANDNES
Skarzynski Marick & Black LLP
One Battery Park Plaza
Fl. 32
New York, NY 10004
*Counsel to Great American Insurance Company*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

KAREN H. COOK
Masano Bradley
875 Berkshire Boulevard
Ste 100
Wyomissing, PA 19610
*Counsel to Masano Bradley*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

CLAUDIA Z. SPRINGER
Reed Smith LLP
1717 Arch Street, Suite 3100
Three Logan Square
Philadelphia, PA 19103
*Counsel to Oxford Finance, LLC*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

LAUREN S. ZABEL
Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
*Counsel to Oxford Finance, LLC*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

JASON CHARLES SPIRO
Spiro Harrison & Nelson LLC
200 Monmouth Street
Suite 310
07701
Red Bank, NJ 07701
*Counsel to Spiro Harrison*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

5

RAYMOND ADAM QUAGLIA
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
*Counsel to Vette Associates II, LP*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Bederson LLP
c/o Charles N. Persing
347 Mt. Pleasant Avenue
West Orange, NJ 07052
*Accountant*
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Integrity Billing, Co.
1630 S Congress Ave
Suite 102
Palm Springs, FL 33461
*Collection Agent*
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Quaker City Auctioneers, Inc.
c/o Eric Merback, President
2860 Memphis Street
Philadelphia, PA 19134
*Auctioneer*
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

4922-6904-7424 v1